IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| In Re: | Chapter 13 |
|---|---|
| TAMMY HUDSON, | Case No. 13-31825 |
| Debtor. | |

## NOTICE OF DEFAULT EXPIRED
## NOTICE OF LIFT OF AUTOMATIC STAY

This Court's Order dated April 4, 2014 grants Bank of America, N.A. relief from the automatic stay with regard to property located at 380 Honeysuckle Drive, Millbrook, AL 36054; due to subsequent default after a written twenty day Notice of Default, (*Court Order, Docket Number 40*).

On August 27, 2015, Bank of America, N.A. issued a twenty day Notice of Default per said Court Order giving Debtor, Co-Debtor, Debtor's Attorney notice of the mortgage default; and stating that the Debtor needed to cure the arrears to Bank of America, N.A. by September 26, 2015.

Debtors did not tender reinstatement to Bank of America, N.A. Therefore, the automatic stay as to Debtor and Co-Debtor hereby lifted with regard to the mortgage held by Bank of America, N.A.

Bank of America, N.A. hereby reduces its proof of claim(s) in this bankruptcy case to the amount paid to date.

Respectfully submitted,

William S. McFadden
Attorney for Movant

Of Counsel:

McFadden, Lyon & Rouse, LLC
718 Downtowner Boulevard
Mobile, AL 36609-5499
(251) 342-9172
wmcfadden@mlrlawyers.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 13th day of October, 2015, served a copy of the foregoing pleading on:

Debtor: John Hudson
380 Honeysuckle Dr.
Millbrook, AL 36054

Co-Debtor: Tammy Hudson
380 Honeysuckle Dr.
Millbrook, AL 36054

Debtor's Attorney: Richard D. Shinbaum
Shinbaum & Campbell
Post Office Box 201
Montgomery, AL 36101

Debtor's Trustee: Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
redingc@ch13mdal.com

Service to Debtor's attorney and Debtor's Trustee made by electronic case filing, ("ECF"), and to Debtor and Co-Debtor by mailing a copy of the same by United States Mail, properly addressed and first class postage prepaid.

William S. McFadden